UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASON BOIES MELIUS, Bk. # 2310707,<br>Plaintiff,<br>v.<br>MARY ANNE O'MALLEY, et al.,<br>Defendant(s). | Case No. 25-cv-03949-CRB  (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF No. 2) |

    This civil rights action by a prisoner under 42 U.S.C. § 1983 was filed on May 7, 2025. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $405.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months.  See 28 U.S.C. § 1915(a)(2).  Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

    More than 45 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so.  Plaintiff's incomplete IFP application (ECF No. 2) is DENIED, and this action is DISMISSED without prejudice.

    The clerk is instructed to close the case and terminate all pending motions as moot.

    **IT IS SO ORDERED**.

Dated: June 23, 2025

CHARLES R. BREYER
United States District Judge